# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOSHUA N. DELEON,

                Petitioner,

    v.

JEFFREY A. UTTECHT,

               Respondent.

CASE NO. 19-5424 RJB-JRC

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS

THIS MATTER comes before the Court on the Petitioner's Motion for Permission to Appeal *In Forma Pauperis* ("IFP"). Dkt. 18. The Court has considered the motion and remaining file.

In this 28 U.S.C. § 2254 habeas corpus petition, the Petitioner challenges a state court conviction, by guilty plea, of rape of a child in the first degree, child molestation in the first degree and second degree, and the resulting May 11, 2018 sentence. Dkt. 1. His direct appeal is pending in the Washington Court of Appeals Div. II. *Washington v. DeLeon,* Washington Court of Appeals Div. II case number 51934-8-II. On September 12, 2019, a Report and Recommendation was filed, recommending that this petition be denied without prejudice for

failing to exhaust state court remedies on any of the claims. Dkt. 14. On October 21, 2019 the undersigned adopted the Report and Recommendation, dismissed the case without prejudice, and denied the certificate of appealability. Dkt. 16.

On November 24, 2019, the Petitioner filed the instant motion to proceed IFP on appeal (Dkt. 18) and a notice of appeal (Dkt. 19).

**Motion to Proceed IFP on Appeal.** A motion to proceed IFP on appeal must be filed in the district court. *See* Fed. R. App. P. 24. A review of the documentation petitioner has submitted shows that he is unable to pay the filing fee at this time. The motion to proceed IFP on appeal (Dkt. 18) is **GRANTED**.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 3rd day of December, 2019.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge